# STATE EX REL. ST. PAUL GAS LIGHT COMPANY v. MINNESOTA TAX COMMISSION.[1]

April 28, 1916.

Nos. 19,809—(21).

**Case followed.**

Upon the relation of the St. Paul Gas Light Company this court granted its alternative writ of *certiorari* directed to Samuel Lord, J. G. Armson and J. T. Hale, as the Minnesota Tax Commission, to review the proceedings of that commission in the matter of the application of relator to the county board and county auditor of Ramsey county and to the Minnesota Tax Commission for a reduction of assessed valuation of personal property. Discharged.

*Cobb, Wheelwright & Dille* and *Thomas F. Fitzpatrick*, for relator.

*Lyndon A. Smith*, Attorney General, and *Egbert S. Oakley*, Assistant Attorney General, for respondent.

PER CURIAM.

The facts in this case are identical with those presented in the foregoing case of State v. Minnesota Tax Commission, supra, page 419, 157 N. W. 638, and the conclusion there reached is followed and applied. The order of the tax commission is sustained, and the writ discharged.

[1]Reported in 157 N. W. 639.